# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2022 KW 0015

VERSUS

TONY JOSEPH TABOR

**MARCH 14, 2022**

---

In Re:    Tony Joseph Tabor, applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, Nos. 447,948 & 476,610.

---

**BEFORE:    GUIDRY, HOLDRIDGE, AND CHUTZ, JJ.**

**WRIT DENIED.**

**JMG**
**GH**
**WRC**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT